**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 21-1145**

ANTHONY ROLANDO BROWN,

       Plaintiff - Appellant,

   v.

THOMAS NELSON COMMUNITY COLLEGE,

       Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Rebecca Beach Smith, Senior District Judge.  (4:20-cv-00007-RBS-LRL)

Submitted:  July 20, 2021

Decided:  July 22, 2021

Before WILKINSON, AGEE, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Anthony Rolando Brown, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Rolando Brown appeals the district court's order granting Defendant's motion to dismiss Brown's civil complaint alleging claims under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17, and the Americans with Disabilities Act, 42 U.S.C. §§ 12101 to 12213. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Brown's informal brief does not challenge the bases for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
